STATE OF NEW JERSEY v. EDWARD WILLIAMS HOOKS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WHITTAKER.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ST. CEPHAS WILLIAMS.

May 24, 1988.

Petition for certification denied.

YARDVILLE SUPPLY COMPANY v. BOARD OF REVIEW, DEPARTMENT OF LABOR AND ERNEST SPARKS.

May 24, 1988.

Petition for certification granted.   (See 222 *N.J.Super.* 201)

DONALD K. LONGER v. TOWNSHIP OF GALLOWAY.

May 24, 1988.

Petition for certification denied.